IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 6 2005

JAMES W. McCORMACK CLERK
By:_____
                    DEP CLERK

DENNIS SHACK                                        Plaintiff

v.                        4:04CV00794 WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                            Defendant

ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 6ᵗʰ day of July , 2005.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)