FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 06 2005
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DENNIS SHACK                                              Plaintiff

v.                          4:04CV00794 WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                  Defendant

JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 6th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE